UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>    Petitioner,<br><br>    v.<br><br>E. VALENZUELA, Warden,<br><br>    Respondent. | CASE NO. CV 15-3256 JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's motion to dismiss is GRANTED; and (2) this action is dismissed for lack of jurisdiction, without prejudice to Petitioner filing a civil rights action under 42 U.S.C. § 1983.

DATED:  November 2, 2015

JAMES V. SELNA
United States District Judge