UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | CASE NO. CV 15-3256 JVS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 2, 2015

_____
JAMES V. SELNA
United States District Judge